```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA,                      ORDER

              Government,

     -against-                                 12 CR 647
                                                 (KTD)

MICHAEL LITTLE,

              Defendant.
----------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 12-4-14

**KEVIN THOMAS DUFFY, U.S.D.J.:**

   The parties are ordered to submit letters by ECF no later than Monday, February 16, 2015, informing me of any progress in taking the Rule 15 deposition of Dr. Walter Müllhaupt. Time is to be excluded under 18 U.S.C. § 3161(h)(7) until Tuesday, February 17, 2015, while the parties confer on any such progress.

**SO ORDERED:**

                                          _/s/ Kevin Thomas Duffy_
                                          KEVIN THOMAS DUFFY
                                          United States District Judge

Dated:   December 4, 2014
         New York, New York