

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

February 13, 2015

The Honorable Kevin Thomas Duffy
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Michael Little</u>
       S2 12 Cr. 647 (KTD)

Dear Judge Duffy:

  Pursuant to the Court's directive, we write to report on the progress of the treatment by the Government of Switzerland of the Letter Rogatory that was issued by Your Honor on or about December 4, 2014.

  Following the filing of the Letter Rogatory and pursuant to correspondence with the defendant, the Government procured a "ribboned" copy of the document from the Clerk of the Court and caused it to be sent to the Department of Justice's Office of International Affairs ("OIA") in Washington, D.C., whose officials determined, through discussions with a Swiss Justice official, that OIA rather than the State Department could serve as the transmitting agency. Following translation of the document into German, the Letter Rogatory was officially transmitted to the Swiss on or about December 31, 2014.

  In response to the Letter Rogatory, the Swiss sent to OIA on or about February 10, 2015, an official response addressed to Your Honor.  Because the response was in German, we caused an expedited translation to be prepared, which was completed on February 11, 2015. That same day, we transmitted to Mr. Little and his standby counsel copies of the German and English versions of the Swiss response.  Copies of both the English and German copies are enclosed, for Your Honor's review.

From our review of the Swiss response, it appears that the Swiss are requesting significant additional information as part of their decision-making concerning whether and how the deposition will be carried out.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney

                                  /s/
                              Stanley J. Okula, Jr.
                              Sarah E. Paul
                              Assistant U.S. Attorneys
                              Tel.: (212) 637-1585/2326

cc:    Michael Little, *Pro Se*
       Sean Maher, Esq.