```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/18
```

Michael J. Little
King's Bench Chambers
10-11 Basepoint Business Centre
Christchurch, Dorset, BH23 6NX
United Kingdom
Telephone: +44 1202 250025
Facsimile: +44 870 123 1783

Member of Lincoln's Inn

January 29, 2018

Via ECF & By Hand Delivery

The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

*Application granted.
SO ORDERED
[signature]
USDJ
1-30-18*

**Application by Defendant for a further extension of time to file a response to
Government *in limine* motions**
*United States of America v. Michael Little*
Docket No. 12-cr-0647 (PKC)

Dear Judge Castel,

I respectfully request Your Honor grant a further extension of time until February 5, 2018, to submit a response to the Government motions *in limine* [Docket No. 287 dated January 8, 2018. My response was due today.

All other motions have been timely filed today. The remaining motion contains the Government's submissions in respect of the Guernsey Deposition. The Court endorsed the Government's undertaking to provide the Defendant with a letter outlining its suggested solutions prior to a submission to the Court at the last Status Conference held on May 5, 2018. This has not been forthcoming, and the Defendant has been disadvantaged and pressure of work requires this prayer for relief.

I have not canvassed the Government as to its view on this request for an extension.

Respectfully submitted,

/s/
Michael J. Little
Defendant (*Pro Se*)

cc: AUSA Christopher J. DiMase (by ECF)
Sean M. Maher, Esq. (by email)