**Michael J. Little**  **Member of Lincoln's Inn**
**King's Bench Chambers**
**10-11 Basepoint Business Centre**
**Christchurch, Dorset, BH23 6NX**
**United Kingdom**
**Telephone: +44 1202 250025**
**Facsimile: +44 870 123 1783**

March 12, 2018

<u>By ECF and By Hand</u>

The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Application for CJA Funding of Defendant's Daily Trial Transcripts
and Transcript of March 12, 2018 Pre-Trial Conference**
*United States of America v. Michael Little*
Docket No. 12-cr-0647 (PKC)

Dear Judge Castel,

     I respectfully write to request the Court to approve CJA funding for daily trial transcripts and for the transcript of the pretrial conference of March 12, 2018. I have previously provided a financial affidavit to the Court. Because of how transcript orders are linked with the eVoucher system, I also request that my standby counsel, Mr. Sean Maher, be permitted to submit my transcript requests via his eVoucher account.

                      Respectfully submitted,

                      /s/
                    Michael J. Little
                    Defendant (*Pro Se*)


cc: Sean M. Maher, Esq. (by email)
    AUSA Christopher J. DiMase via ECF