

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 14, 2018

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *Michael Little*
           S2 12 Cr. 647 (PKC)

Dear Judge Castel:

    The Government writes in response to the defendant's letter of March 14, 2018, regarding his waiver of a jury trial, pursuant to Federal Rule of Criminal Procedure 23(a)(1). The Government does not consent to a non-jury trial in this case, under Federal Rule of Criminal Procedure 23(a)(2).

                                  Respectfully submitted,

                                  GEOFFREY S. BERMAN
                                United States Attorney

                  By:       /s/
                              Andrew Dember / Christopher DiMase /
                              Dina McLeod
                              Assistant United States Attorneys
                              (212) 637-2563 /2433 / 1040

cc:     Michael J. Little (by electronic mail)
         Sean Maher, Esq. (by electronic mail)