COURT'S EXHIBIT NO. 34
IDENTIFICATION/EVIDENCE
DKT.# 12 cR 647
DATE: 4/10/18

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA :

    -v-  :

MICHAEL J. LITTLE, :

    Defendant. :
------------------------------------x

**VERDICT FORM**

S2 12 Cr. 647 (PKC)

Please indicate each of your verdicts with a check mark (✓).

We, the jury, unanimously find as follows:

**Count One--Corruptly Endeavoring to Obstruct and Impede the Due Administration of the IRS**

    Guilty __✓__        Not Guilty _____

**Count Two--Failure to File Individual Income Tax Return – 2005 Tax Year**

    Guilty __✓__        Not Guilty _____

**Count Three--Failure to File Individual Income Tax Return – 2006 Tax Year**

    Guilty __✓__        Not Guilty _____

**Count Four--Failure to File Individual Income Tax Return – 2007 Tax Year**

    Guilty __✓__        Not Guilty _____

**Count Five--Failure to File Individual Income Tax Return – 2008 Tax Year**

    Guilty __✓__        Not Guilty _____

**Count Six--Failure to File Individual Income Tax Return – 2009 Tax Year**

    Guilty __✓__        Not Guilty _____

**Count Seven--Failure to File Individual Income Tax Return – 2010 Tax Year**

Guilty ___✓___          Not Guilty _____

**Count Eight--Failure to File Reports Relating to Foreign Bank Accounts**

Guilty ___✓___          Not Guilty _____

**Count Nine--Conspiracy**

Guilty ___✓___          Not Guilty _____

**Count Ten—Aiding and Assisting the Preparation of a False Tax Return – 2001 Tax Year**

Guilty ___✓___          Not Guilty _____

**Count Eleven—Aiding and Assisting the Preparation of a False Tax Return – 2002 Tax Year**

Guilty ___✓___          Not Guilty _____

**Count Twelve—Aiding and Assisting the Preparation of a False Tax Return – 2003 Tax Year**

Guilty ___✓___          Not Guilty _____

**Count Thirteen—Aiding and Assisting the Preparation of a False Tax Return – 2004 Tax Year**

Guilty ___✓___          Not Guilty _____

**Count Fourteen—Aiding and Assisting the Preparation of a False Tax Return – 2005 Tax Year**

Guilty ___✓___          Not Guilty _____

**Count Fifteen—Aiding and Assisting the Preparation of a False Tax Return – 2006 Tax Year**

Guilty ___✓___          Not Guilty _____

**Count Sixteen—Aiding and Assisting the Preparation of a False Tax Return – 2007 Tax Year**

Guilty ___✓___          Not Guilty _____

<u>Count Seventeen—Aiding and Assisting the Preparation of a False Tax Return – 2008 Tax Year</u>

Guilty ✓          Not Guilty _____

<u>Count Eighteen—Aiding and Assisting the Preparation of a False Tax Return – 2009 Tax Year</u>

Guilty ✓          Not Guilty _____

<u>Count Nineteen—Aiding and Assisting the Preparation of a False Tax Return – 2010 Tax Year</u>

Guilty ✓          Not Guilty _____

Dated: New York, New York
April 10, 2018

_____
Signature of Foreperson

Joe Fitzpatrick #6   Juror
Print Name