

Michael Little
<michael.little@kingsbench.co.uk>
04/11/2018 03:23 PM

To "DiMase, Christopher (USANYS)"
<Christopher.DiMase@usdoj.gov>,
"'castelnysdchambers@nysd.uscourts.gov'"

cc "McLeod, Dina (USANYS)" <Dina.McLeod@usdoj.gov>,
"Dember, Andrew (USANYS)"
<Andrew.Dember@usdoj.gov>, "Hamilton, Michael

bcc

Subject RE: United States v. Michael Little, S2 12 Cr. 647 (PKC)

*Application granted. SO ORDERED. /s/ PKC USDJ 4-11-18*

**MEMO ENDORSED**

Gentlemen & Ms. McCleod,

Thank you for not objecting to my request to attend a law library and the Dimas Law firm.

I intend apply to Judge Castel for a further modification (gym and groceries) detailed below:

I respectfully request the Court also consider a further modification of my bail conditions, pursuant to 18 U.S. Code 3142(c)(3) to allow me to:

1. attend the New York Health and Racquet Club, located at 132 East 45th Street New York, NY 10017 for the purposes of maintaining my physical fitness. I presently hold a month-to-month membership there;
2. purchase food and household supplies from Costco, located at 3520 Vernon Blvd, Long Island City NY 11106. This Costco branch is located 1.2 miles from the place my home confinement: 8-03 43rd Avenue Long Island City NY 11106.

Attendance at the above-mentioned locations will be within the time limits of my curfew: between 6am and 8pm and be strictly adhered to if granted.

Please advise if the Government has any objection to the requests detailed above.

Kind regards,
Michael Little
local phone: 646 660 1085

Michael J. Little, Esq.
Barrister & Attorney at Law: Member of Lincoln's Inn
-----------------------------------------------------------------

Kings Bench Chambers

10-11 Basepoint Business Centre

Enterprise Close

Christchurch

Dorset BH23 6NX

United Kingdom

DX: 145960 Bournemouth 19

T  +44(0)1202 250025

F  +44(0)870 123 1783

M+ 44(0) 7721 555333

-----------------------------------------------------------------

RECEIVED APR 11 2018
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/18

This e-mail message, including any attachments, may contain confidential or privileged information belonging to clients of Michael J. Little, Esq. This transmission is for the sole use of the recipient(s) to whom it is addressed or the employee or

agent responsible for delivering it to the intended recipient.   Any unauthorized review, dissemination, disclosure or distribution or other use of the message (including attachments) is strictly prohibited.  Confidentiality is not waived by errors, faults or mistakes made in transmission or by any other means whatsoever.

---

**From:** DiMase, Christopher (USANYS) [Christopher.DiMase@usdoj.gov]
**Sent:** 10 April 2018 22:00
**To:** Michael Little; 'castelnysdchambers@nysd.uscourts.gov'
**Cc:** McLeod, Dina (USANYS); Dember, Andrew (USANYS); Hamilton, Michael (USANYS) [Contractor]; smaher@seanmaherlaw.com
**Subject:** RE: United States v. Michael Little, S2 12 Cr. 647 (PKC)

Mr. Little,

The Government does not object to this request.

Best,
--Chris DiMase


**From:** Michael Little <michael.little@kingsbench.co.uk>
**Sent:** Tuesday, April 10, 2018 4:51 PM
**To:** DiMase, Christopher (USANYS) <CDiMase@usa.doj.gov>; 'castelnysdchambers@nysd.uscourts.gov' <castelnysdchambers@nysd.uscourts.gov>
**Cc:** McLeod, Dina (USANYS) <DMcLeod@usa.doj.gov>; Dember, Andrew (USANYS) <ADember@usa.doj.gov>; Hamilton, Michael (USANYS) [Contractor] <MHamilton@usa.doj.gov>; smaher@seanmaherlaw.com
**Subject:** RE: United States v. Michael Little, S2 12 Cr. 647 (PKC)

Gentlemen and Ms. McCleod,
I intend to request modifications of the bail conditions ordered by Judge Castel to allow me to attend the law office of Simos Dimas, Suite 505, 470 Lexington Avenue, New York, NY 10017. I am renting a room in Attorney Dimas's office where my files and desktop computer are located. Attorney Dimas has also assisted me in preparing for trial. I intend to also request permission to attend the law library at NYCLA located at 14 Vesey Street New York, NY 10007 for the purposes of appellate research. I am a member ( I owe this years' dues) of the NYCLA.
The modifications will, if granted, involve attending the above locations within the time limits of my curfew i.e. between 6am and 8pm and will be strictly adhered to if granted.
Does the Government have an objection to defendant's making a request for the above mentioned modifications.
Kind regards,
Michael Little
646 660 1085


Michael J. Little, Esq.
Barrister & Attorney at Law: Member of Lincoln's Inn
-------------------------------------------------------------

Kings Bench Chambers

10-11 Basepoint Business Centre

Enterprise Close

Christchurch

Dorset BH23 6NX

United Kingdom

DX: 145960 Bournemouth 19

T  +44(0)1202 250025

F  +44(0)870 123 1783

M+ 44(0) 7721 555333

---------------------------------------------------------------

This e-mail message, including any attachments, may contain confidential or privileged information belonging to clients of Michael J. Little, Esq. This transmission is for the sole use of the recipient(s) to whom it is addressed or the employee or agent responsible for delivering it to the intended recipient.   Any unauthorized review, dissemination, disclosure or distribution or other use of the message (including attachments) is strictly prohibited.  Confidentiality is not waived by errors, faults or mistakes made in transmission or by any other means whatsoever.

**From:** DiMase, Christopher (USANYS) [Christopher.DiMase@usdoj.gov]
**Sent:** 10 April 2018 00:32
**To:** 'castelnysdchambers@nysd.uscourts.gov'
**Cc:** McLeod, Dina (USANYS); Dember, Andrew (USANYS); Hamilton, Michael (USANYS) [Contractor]; Michael Little; smaher@seanmaherlaw.com
**Subject:** United States v. Michael Little, S2 12 Cr. 647 (PKC)

Judge Castel:

Attached please find a letter from the Government in connection with the case of *United States v. Michael Little* , S2 12 Cr. 647 (PKC).

Respectfully submitted,

Christopher J. DiMase
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
Tel: (212) 637-2433
Fax: (212) 637-2429
christopher.dimase@usdoj.gov

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.