

| | | | |
|---|---|---|---|
| **Michael Little** <michael.little@kingsbench.co.uk> 06/07/2018 11:17 AM | To | "castelnysdchambers@nysd.uscourts.gov" <castelnysdchambers@nysd.uscourts.gov> | |
| | cc | "DiMase, Christopher (USANYS)" <Christopher.DiMase@usdoj.gov>, Sean Maher <smaher@seanmaherlaw.com>, | |
| | bcc | | |
| | Subject | US v. Michael Little 12 Cr. 647 (PKC) Request to attend a play on Saturday June 9, 2018 | |

Dear Judge Castel,

I respectfully ask Your Honor's permission to allow me to attend a performance, at 2pm on Saturday June 9, 2018 of a performance of a play, First Love, at the Cherry Theatre, 38 Commerce Street, NYC. Michael O'Keefe, a long-standing and dear friend of mine (over 40 years) is appearing. He has generously offered me a complementary ticket for the matinee performance.
PTO Moscato has indicated, by email, his office has no objection to the above request.
Respectfully submitted,
Michael Little, Defendant, *Pro Se*
Tel: 646 660 1085

*Application granted.*
*SO ORDERED*
*[signature]*
*6-7-18*

Michael J Little, Esq.
Barrister & Attorney at Law. Member of Lincoln's Inn
-------------------------------------------------------------

-------------------------------------------------------------

This e-mail message, including any attachments, may contain confidential or privileged information belonging to clients of Michael J. Little, Esq. This transmission is for the sole use of the recipient(s) to whom it is addressed or the employee or agent responsible for delivering it to the intended recipient. Any unauthorized review, dissemination, disclosure or distribution or other use of the message (including attachments) is strictly prohibited. Confidentiality is not waived by errors, faults or mistakes made in transmission or by any other means whatsoever.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/18