MICHAEL J. LITTLE
8-03 43rd AVENUE
LONG ISLAND CITY
NEW YORK 11101

Via ECF & By Email                July 12, 2018

The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:        **July 2, 2018 Order Granting Defendant's Further Application
           to Modify Bail Conditions (Dkt. No. 410) ("the Order")
           Proposed Travel Schedule (Revised)**
           *United States of America v. Michael Little*
           Docket No. 12-cr-0647 (PKC)

Dear Judge Castel,

      I write pursuant to the above referenced Order. A proposed travel schedule was previously filed on July 5, 2018, Dkt. No. 413. Due to an unforeseen medical problem, it was necessary for me to undergo a surgical procedure at short notice on July 10, 2018. Please see details attached as Exhibit A (redacted). My surgeon has approved travel for the proposed dates. Accordingly, a revised travel schedule is submitted for Your Honor's approval:

| Day | Date | Flight | Details |
|---|---|---|---|
| Tuesday | July 17, 2018 | Virgin Atlantic VS2 | Depart Newark: 22.30 |
| Wednesday | July 18, 2018 | | Arrive London Heathrow (LHR): 10.35 |
| Thursday | July 19, 2018 | EasyJet EZY8651 | Depart Gatwick: 19.45 |
| | | | Arrive Ibiza: 11.10 |
| Monday | July 23, 2018 | EasyJet EZY8648 | Depart Ibiza: 09:35 |
| | | | Arrive Gatwick: 11.00 |
| Tuesday | July 31, 2018 | United Airlines UA883 | Depart LHR: 07:55 |
| | | | Arrive Newark International: 10:55 |

*[Handwritten annotation: Schedule approved. SO ORDERED. /s/ USDJ 7-13-18]*

      The British Consulate in New York has confirmed it will provide me with temporary travel documents allowing me to travel to London and to and from Spain. I will attend the US Embassy in London prior to my return on July 31, 2018 to re-confirm the advice given to me before returning for trial[1] earlier this year: that an individual may return to the US with an expired green card provided he/she returns within a year of its expiration date.

                              Respectfully submitted,
                                /s/    M. J. Little
                                Michael J. Little, *Pro Se*

cc: AUSA Christopher J, DiMase. via ECF
Sean Maher, Esq. via email & ECF
PTO John Moscato via email

---

[1] My green card's expiration date is October 1, 2018; I was allowed to board a return flight on February 26, 2018, using the expired card, and was admitted as an LPR at Newark Airport.