

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 10, 2018

*Sentencing submissions are due October 4, 2018*

*(Sentencing)*

~~Conference~~ Adjourned
From: Sept 25, 2018
To: October 18, 2018 at 2PM
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 9-10-18

**BY ECF AND EMAIL**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   *United States v. Michael Little*
>       S2 12 Cr. 647 (PKC)

Dear Judge Castel:

      The Government writes to respectfully request an adjournment of the sentencing date in the above-referenced case. The defendant's sentencing is currently scheduled for September 25, 2018 at 3:30 p.m.

      The defendant's sentencing submission is due today. The defendant has requested an extension of time to file that submission until September 18, 2018. *See* Dkt. No. 429. The Government's sentencing submission is due September 18, 2018. The Probation Department circulated a draft Presentence Report ("PSR") to the parties today. We are informed by the Probation Department that the final PSR will be released on September 18, 2018.

      The Government spoke with the defendant today. The defendant informed the Government that he is not seeking an adjournment of the sentencing, only an extension of his sentencing submission date.

      The Government respectfully requests a short adjournment of the sentencing date so that both parties can review the final PSR and address any objections or challenges to the PSR's factual representations or Guidelines calculations in their submissions. The Government anticipates that there will be multiple aspects of the Guideline calculations (including loss amount and several enhancements) that will be disputed by the parties. In order to effectively prepare for sentencing and to most efficiently brief any factual and legal disputes for the Court in

advance of sentencing, the Government respectfully submits that a short adjournment is warranted.

                    Respectfully submitted,

                    GEOFFREY S. BERMAN
                    United States Attorney

By:    /s/
       Andrew Dember / Christopher DiMase /
       Dina McLeod
       Assistant United States Attorneys
       (212) 637-2563 /2433 / 1040

cc:    Michael J. Little (by ECF and email)
       U.S. Probation Officer Walter Quinn (by email)