UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL LITTLE,<br><br>Defendant. | **Order of Restitution**<br><br>**12 Cr. 647 (PKC)** |

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Dina McLeod, Christopher DiMase, and Andrew Dember, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Counts One through Nineteen of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** MICHAEL LITTLE, the Defendant, shall pay restitution in the total amount of $4,352,589.71 to the United States Treasury.

**2. Joint and Several Liability.** For $4,218,140 of the restitution amount, representing the amount of restitution owed as a result of the conspiracy to understate the total amount of Harry Seggerman's estate, Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter, including HENRY SEGGERMAN, YVONNE SEGGERMAN BEAUREGARD, SUZANNE SEGGERMAN, and EDMUND JOHN SEGGERMAN. Defendant's liability for restitution shall continue unabated until either the Defendant has paid $4,218,140, or the victim has been paid the total amount of its loss from all the restitution paid by the Defendant and co-defendants in this matter.

*and having fully considered the arguments set forth in defendant Little's letters of December 7, 2018, December 28, 2018 and January 16, 2019 and the government's letter of December 20, 2018,*

3. **Address for Restitution.**

Restitution, in the amount of $4,352,589.71, should be made out to the United States Treasury and sent to:

Internal Revenue Service - RACS
Attn: Mail Stop 6261, Restitution
333 W. Pershing Ave.
Kansas City, MO 64108

**4. Schedule of Payments.**

Restitution shall be paid in monthly installments of at least 10% of gross monthly income over a period of supervision to commence 30 days after the date of judgment or release from custody, whichever is later. The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing address or residence address that occurs while any portion of the restitution remains unpaid.

Dated: New York, New York
~~November ___, 2018~~
Feb 11, 2019

HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE