Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

Caption:

United States of America v.

Michael Little

Docket No.: 12 Cr. 647 (PKC)
Hon. P. Kevin Castel
(District Court Judge)

Notice is hereby given that Michael Little appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [✓] Final Order of Restitution (copy attached) (specify) entered in this action on 02/11/2019 (date).

This appeal concerns: Conviction only [✓]  Sentence only [ ]  Conviction & Sentence [ ]  Other [✓]

Defendant found guilty by plea [ ]  trial [✓]  N/A [ ]

Offense occurred after November 1, 1987?  Yes [✓]  No [ ]  N/A [ ]

Date of sentence: 11/20/2018   N/A [ ]

Bail/Jail Disposition: Committed [ ]  Not committed [✓]  N/A [ ]

Appellant is represented by counsel?  Yes [ ]  No [✓]  If yes, provide the following information:

Defendant's Counsel: Michael Little Esq. (Pro Se - admitted to SDNY)

Counsel's Address: 8-03 43rd Avenue
Long Island City, NY 11101

Counsel's Phone: 646 660 1085

Assistant U.S. Attorney: Christopher DiMase/Dina McLeod/Andrew Dember

AUSA's Address: 1 Saint Andrew's Plaza
New York, NY 10007

AUSA's Phone: 212-637-2527/1040/2200

Signature

2019 FEB 14 PM 3:19  RECEIVED SDNY PRO SE OFFICE

Case 1:12-cr-00647-PKC   Document 467   Filed 02/14/19   Page 2 of 4

Case 1:12-cr-00647-PKC   Document 466   Filed 02/11/19   Page 1 of 2
Case 1:12-cr-00647-PKC   Document 448-1   Filed 11/19/18   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MICHAEL LITTLE,

Defendant.

Order of Restitution

12 Cr. 647 (PKC)

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Dina McLeod, Christopher DiMase, and Andrew Dember, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Counts One through Nineteen of the above Indictment; and all other proceedings in this case, *and having fully considered the arguments set forth in defendant Little's letters of December 7, 2018, December 28, 2018 and January 16, 2019 and the government's letter of December 20, 2018,* it is hereby ORDERED that:

1. **Amount of Restitution.** MICHAEL LITTLE, the Defendant, shall pay restitution in the total amount of $4,352,589.71 to the United States Treasury.

2. **Joint and Several Liability.** For $4,218,140 of the restitution amount, representing the amount of restitution owed as a result of the conspiracy to understate the total amount of Harry Seggerman's estate, Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter, including HENRY SEGGERMAN, YVONNE SEGGERMAN BEAUREGARD, SUZANNE SEGGERMAN, and EDMUND JOHN SEGGERMAN. Defendant's liability for restitution shall continue unabated until either the Defendant has paid $4,218,140, or the victim has been paid the total amount of its loss from all the restitution paid by the Defendant and co-defendants in this matter.

### 3. Address for Restitution.

Restitution, in the amount of $4,352,589.71, should be made out to the United States Treasury and sent to:

Internal Revenue Service - RACS
Attn: Mail Stop 6261, Restitution
333 W. Pershing Ave.
Kansas City, MO 64108

### 4. Schedule of Payments.

Restitution shall be paid in monthly installments of at least 10% of gross monthly income over a period of supervision to commence 30 days after the date of judgment or release from custody, whichever is later. The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing address or residence address that occurs while any portion of the restitution remains unpaid.

Dated: New York, New York
~~November ___, 2018~~
Feb 11, 2019

HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

2

Criminal Notice of Appeal - Form A

**NOTICE OF APPEAL**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 3 0 2018
```

United States District Court

Southern District of New York

Caption:
United States of America v.

Michael Little

Docket No.: 12 Cr. 647 (PKC)
Hon. P. Kevin Castel
(District Court Judge)

Notice is hereby given that Michael Little appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)
entered in this action on November 21, 2018
(date)

This appeal concerns: Conviction only ✓ | Sentence only ___ | Conviction & Sentence ___ Other ___
Defendant found guilty by plea | | trial | ✓ | N/A |
Offense occurred after November 1, 1987? Yes ✓ | No | N/A |
Date of sentence: November 20, 2018   N/A ___
Bail/Jail Disposition: Committed ___ | Not committed ✓ | N/A |

Appellant is represented by counsel? Yes   | No | ✓ | If yes, provide the following information:

Defendant's Counsel: Michael J. Little (pro se)
Counsel's Address: 8-03 43rd Avenue
Long Island City, NY 11101
Counsel's Phone: (646) 660-1085

Assistant U.S. Attorney: Christopher Dimase/ Dina McLeod/ Andrew Dember
AUSA's Address: 1 Saint Andrew's Plaza
New York, NY 10007
AUSA's Phone: 212-637-2527/ 1040/ 2200

Signature