UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                      Plaintiff,                    S2 12-cr-647 (PKC)

    -against-                                  ORDER

MICHAEL LITTLE,

                      Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        In a letter to this Court dated June 29, 2020, Michael Little, who is in the custody of the Bureau of Prisons, seeks the return of his passport and the permission to depart to the United Kingdom for his daughter's wedding. Little's expected release date is July 14, 2020 at which point he will commence a term of one-year supervised release. He expects to live in the Eastern District of New York and expects to be supervised in that District.

        Because he is not a U.S. citizen, an immigration detainer likely has been lodged against him and he likely will be taken into Immigration and Customs Enforcement custody for removal to the United Kingdom. Little asserts that this Court told him at the time of sentencing that he would be permitted to serve his term of supervised release in the United Kingdom. Not so. The Court explained that it has "nothing to do with" the collateral immigration consequences of his sentence and that the one-year term of supervised release would not foreclose his removal or deportation. (Nov. 20, 2018, Tr. 75.) If he were removed by immigration authorities, his term of supervised release would not expire but would continue even if he were in the United Kingdom. If he wishes to expedite the process of removal, he should take the matter up with immigration authorities.

Little's application for an Order from this Court allowing the return of his passport and, presumably, a judicial suspension of any detainer lodged by immigration authorities so that he can travel to an airport and board a plane to the United Kingdom to attend his daughter's wedding with the implicit understanding that he would not (or could not lawfully) return to the United States is DENIED.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       July 1, 2020