UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                        12-cr-647 (PKC)

         -against-                                    ORDER

MICHAEL LITTLE,

                          Defendant(s).
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The mandate having issued from the United States Court of Appeals, the government shall state its position in writing on the issue of restitution by January 4, 2021 and Mr. Little shall state his position in writing by January 22, 2021. The government may reply by February 2, 2021.

        SO ORDERED.

                                                              P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
        November 30, 2020