MICHAEL J. LITTLE
THE TOWER HOUSE
MICHELDEVER STATION
HAMPSHIRE SO21 3AL
UNITED KINGDOM

January 6, 2021

By ECF & EMAIL

The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   **Defendant's Letter Motion Requesting the Court Reconsider its
      Restitution Order Pending Defendant's Submission to the Court**
      *United States of America v. Michael Little*
      Docket No. 12-cr-0647 (PKC)

Dear Judge Castel,

    I respectfully submit this letter motion requesting the Court reconsider its Order of Restitution [Dkt.# 484, 1/6/2021] pending Defendant filing a position paper pursuant to the schedule detailed in the attached Court Order [Dkt.# 482, 11/30/2020].

    There are matters of new evidence to be brought to the Court's attention in respect of restitution, it is respectfully submitted, in the interests of justice, the Court weigh this evidence before deciding joint and several restitution.

Respectfully submitted,

/s/   M. J. Little
Michael J. Little, *Pro Se*

cc:   AUSA Christopher J, DiMase. via ECF
      Sean Maher, Esq. via ECF

*[Handwritten annotation:]* The Court will reconsider its Order, upon receipt of Mr Little's submission of February 2 reply of the government to Enforcement of the restitution order is stayed. SO ORDERED. [signature] USDJ 1-6-21